

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-22-00885-CR

The **STATE** of Texas,
Appellant

v.

Luis Enrique **RODRIGUEZ RODAS**,
Appellee

From the County Court, Kinney County, Texas
Trial Court No. 13929CR
Honorable Dennis Powell, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE SPEARS, AND JUSTICE MCCRAY

In accordance with this court's opinion of this date, we WITHDRAW our August 27, 2025 opinion and judgment in this case; REVERSE the trial court's order granting Luis Enrique Rodriguez Rodas's request for habeas relief; RENDER judgment denying Rodriguez Rodas' habeas application; and REINSTATE the information charging Rodriguez Rodas with the misdemeanor offense of criminal trespass.

SIGNED October 10, 2025.

_____
Adrian A. Spears II, Justice